**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  24-20215-CR-ALTONAGA**

**UNITED STATES OF AMERICA**,

     Plaintiff,

vs.

**JOSE RODRIGUEZ CHAVIANO**,

     Defendant.

_____/

**ORDER**

THIS CAUSE came before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation on Change of Plea, entered on September 6, 2024 [ECF No. 26].   To date, no party has filed an objection.  Being fully advised, it is

**ORDERED  AND  ADJUDGED** that the Report **[ECF No. 26]** is **AFFIRMED AND ADOPTED**, and Defendant, Jose Rodriguez Chaviano's change of plea is accepted.

**DONE AND ORDERED** in Miami, Florida, this 19th day of September, 2024.

_____

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
       Magistrate Judge Lissette M. Reid